FILED
JAN 0 9 2001
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MARCEAL WILLIAMS and TERESA WILSON, as Next Friend of CORTNEY WILLIAMS, a Minor Child,<br>      Plaintiffs,<br><br>v.<br><br>RIISE, INC., ROCKWELL SOFTWARE, INC., ROCKWELL AUTOMATION SALES COMPANY, LLC, ALLEN-BRADLEY COMPANY, LLC, A.L. HELMCAMP, INC., LEXICON, INC., and AMCA MACHINERY, INC.,<br>      Defendants. | CIVIL ACTION NO. W-00-CA-259 |

and

| | |
|---|---|
| LORETTA SEALS, As Next Friend of DUSTIN W. WILLIAMS, a Minor Child,<br><br>v.<br><br>RIISE, INC., ROCKWELL SOFTWARE, INC., ROCKWELL AUTOMATION SALES COMPANY, LLC, ALLEN-BRADLEY COMPANY, LLC, A.L. HELMCAMP, INC., LEXICON, INC., and AMCA MACHINERY, INC.,<br>      Defendants. | CIVIL ACTION NO. W-00-CA-323 |

## ORDER

By previous Order, the Court directed the parties to show cause why these cases should not be consolidated. No party has responded to that Order. Accordingly, it is

40

**ORDERED** that the above-numbered cases are consolidated for all purposes. All further pleadings in these cases shall be filed under Civil Action No. W-00-CA-259. Any pleading submitted for separate filing in Civil Action No. W-00-CA-323 will be returned unfiled.

**SIGNED** this 9th day of January, 2001.

_____
**WALTER S. SMITH, JR.**
**United States District Judge**